IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KAREN LOUISE MOELLENBERNDT,

                                                                              PLAINTIFF

v.                                  Case No. 1:07-cv-1004

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                       DEFENDANT

### JUDGMENT

Comes now the Court on this the 7th day of January, 2008, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED**.

                                                              /s/   Barry A. Bryant
                                                              Honorable Barry A. Bryant
                                                              United States Magistrate Judge